**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BASORA REYES,

                    Plaintiff,                **ORDER**

               -against-                **25-CV-3352 (JW)**

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Given the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, all deadlines in this matter are stayed and time is tolled. The Parties are to file a joint letter with new proposed deadlines after the stay is lifted. The letter should be filed within two weeks after the stay is lifted.

The Clerk of Court is respectfully requested to close Dkt. No. 14.

SO ORDERED.

DATED:   New York, New York
              October 23, 2025

                                                        _Jennifer E. Willis_
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge